"LEGAL — CONFIDENTIAL MAIL"

RICHARD W. WIEKING
COURT CLERK DIST. CT. NORTHERN DIST,
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102



Mr. John Montalvo B98603
P.O. Box 290066
Represa, CA 95671-0066