JOHN MONTALVO B-98603
CSP-SAC
PO BOX 290066
REPRESA, CA 95671

TO: COURT CLERK, DIST CT.

RE: WRIT OF HABEAS AND ATTACHED DOCUMENT COPIES

DATE: 12-25-07

FILED
08 JAN -4 AM 10:37

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIF.

C 08 0047 (PR)

JOHN MONTALVO, PLAINTIFF,

v.

WALKER (ACTING WARDEN) ET AL, RESPONDENT(S)

SBA

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

WRIT NO. _____

PETITIONER MOVES THIS COURT FOR AN ORDER PERMITTING HIM TO FILE THIS WRIT OF HABEAS IN FORMA PAUPERIS WITHOUT PREPAYMENT OF FEES AND COSTS OR SECURITY THEREFOR (WITH THE EXCEPTION OF FIVE DOLLARS SENT SEPERATELY FROM PETITIONER TO THIS COURT FOR FILING FEE), AND APPOINTING (EDNA K. HENLEY 3223 WEBSTER ST. SAN FRANCISCO, CA 94123 (415) 674-9076 FAX (415) 346-8987 AND OR OFFICE OF PUBLIC DEFENDER MARLENE C. ZAMORA 375 WOODSIDE AVE # 118 SAN FRANCISCO, CA 94127-1221 (415) 753-7600 FAX (415) 566-3030), A MEMBER OF THE CALIF. BAR, TO REPRESENT PETITIONER BECAUSE PETITIONER IS UNABLE TO GIVE SECURITY THEREFOR AND CANNOT AFFORD TO EMPLOY AN ATTORNEY. THIS MOTION IS BROUGHT UNDER DECLARATION BY PETITIONER AS TRUE AND CORRECT AND TO THE BEST OF HIS KNOWLEDGE AND ABILITY EXCEPT THOSE MATTERS HE DOES NOT KNOW.

SIGNED: J. Montalvo