E-Filing

**PROOF OF SERVICE BY MAIL** (PR)

(C.C.P. §§1013(A); 2015.5 & U.S.C. §1746)

FILED SBA
C 08 0047
RICHARD W. WIEKING

I, JOHN MONTALVO, am a citizen of the State of California, County of Sacramento, over the age of eighteen years, and a party to the within cause. My business address is: CSP-SAC B-98603 P.O. Box 29, Represa, California. 95671

On 12-26-2007, I served the original and/or true reproductions thereof of the following documents:

ONE ORIGINAL AND ONE COPY OF WRIT OF HABEAS, ONE ORIGINAL AND ONE COPY OF MOTION OF FORMA PAUPERIS (AND APPOINTMENT OF COUNSEL), EXHIBIT COPIES (PREVIOUS STATE COURT DENIAL ORDERS), AND AN EXTRA FACE PAGE CASE AND MOTION COPY WITH SELF ADDRESSED STAMPED ENVELOPE FOR THE STAMPED CASE NO. COPY RETURN TO PETT.

by mailing them to:

COURT CLERK, RICHARD W. WIEKING
COURT OF NORTHERN DIST. OF CALIF.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

Said service was executed by placing said documents enclosed in a sealed envelope(s) with postage thereon fully prepaid, and depositing them in the United States Mail. At the time of the mailing there existed normal mailing service between the above parties.

I declare under the penalty of perjury, under the laws of the state of California that the foregoing is true and correct. Executed on this 26 day of DEC, 2007, at Represa, California 95671

JOHN MONTALVO
Print Name

_/s/ J. Montalvo_
Signature