TO: RICHARD W. WIEKING, DIST. CT. CLERK

FROM: J. MONTALVO, B-98603
CSP-SAC
PO BOX 240066
REPRESA, CA 95671

**FILED**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: COURT FILING FEE, FORMA PAUPERIS, TIME LIMIT

COURT CLERK,

ON 01-09-08, I WAS IN RECEIPT OF A BLANK FORMA PAUPERIS FORM, AN 3 PAGE ECF REGISTRATION INFO. HANDOUT FORM, AND ALSO COPIES OF COVER PAGE OF WRIT OF HABEAS AND ITS CASE NUMBER SBA C-08-0047 (PR). PLEASE TAKE JUDICIAL NOTICE THAT 1): I AM A CALIF., STATE PRISONER INCARCERATED IN FOLSOM STATE PRISON, CSP-SAC (NEW FOLSOM), 2): THAT I ALREADY HAVE FILED A "TRUST ACCOUNT WITHDRAWAL FORM" TO THE PRISON TRUST ACCOUNT OFFICE FOR WITHDRAWAL IN THE AMOUNT OF FIVE ($5) DOLLARS (AND A PREVIOUS LETTER TO YOU AND THIS COURT EXPLAINING FOR PAYMENT FOR FILING FEE EXPLAINING THIS).

I AM SURE THAT THE ECF REGISTRATION DOES NOT APPLY TO ME (AS I AM A PRISONER WITHOUT COMPUTER WEBSITE ACCESS AND WITHOUT AN ATTORNEY), THE INSTANT WRIT OF HABEAS IS CONCERNING SENTENCE AND THEREFORE NOT "CIVIL" IN ANY MANNER.

THE WARNING PORTION OF THE RETURN PORTION STATES THAT I HAVE 30 DAYS IN WHICH TO RESPOND TO THE NOTICE OR THE WRIT WILL BE <u>DISMISSED</u>! AS EXPLAINED I AM AND INTEND TO PAY THE FILING (IF IT HASN'T BEEN DONE ALREADY?) THIS IS OF SENTENCE, CRIMINAL CONVICTION, WRIT. I NEED TOO KNOW FROM YOU ASAP IF YOU RECEIVED THE FILING FEE, THAT IF NOT YOU DO UNDERSTAND THAT YOU WILL GET IT, AND THAT I THEREFORE DONT NEED TO FILE THE FORMA PAUPERIS, BEFORE THIS 30 DAY TIME PERIOD.

THANK YOU FOR YOUR TIME AND CONSIDERATION. RESPECTFULLY.

DATE: 01-10-08      SIGNED: J. Montalvo