


Mr. John Montalvo B-98603
P.O. Box 290066 (2-221
Represa CA 95671-0066

LEGAL CONFIDENTIAL-MAIL

RICHARD W. WIEKING
COURT CLERK, DIST. COURT
US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES