FROM: Mr. John Montalvo B-48603
PO Box 290066
Represa, CA 95671-0066

TO: COURT CLERK, DIST. CT.

01-06-08

CV08-47 SBA

COURT CLERK, RICHARD W. WIEKING,

IN REGARDS AND CONCERNS TO

A WRIT OF HABEAS SENT TO YOU AND

THE INSTANT COURT, APPROXIMATELY

DECEMBER 2007, IT WAS FILED (SENT

BY U.S. MAIL FROM THIS INSTIT-

UTION), ALONG WITH FORMA PAUPE-

RIS, ALTHOUGH I ALSO SENT FROM

HERE (OR IN THE PROCESS OF), A

PAYMENT OF FIVE DOLLARS ($5.00) FOR

FILING FEE, IF YOU AND THE COURT

HAVE NOT BEEN IN RECEIPT OF SUCH

PAYMENT AS OF YET, PLEASE TAKE

NOTICE THAT IT IS IN THE PROCESS

OF FILING FROM HERE AND SHOULD BE

THERE SHORTLY. THANK YOU FOR YOUR TIME

AND CONSIDERATION.

RESPECTFULLY, SIGNED: J. Montalvo

RECEIVED
08 JAN -8 PM 1:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



Mr. John Montalvo B-98663
PO Box 290066 C2-22)
Represa, CA 95671-0066

"LEGAL ~ CONFIDENTIAL MAIL"



UNITED STATES POSTAGE
$00.800
MAILED FROM ZIPCODE 95670
02 1A
0004609711
000609711
JAN 07 2008

RICHARD W. WIEKING
COURT CLERK, NORTHERN DISTRICT OF CALIF.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 95671

94102:3681 C004