J. MONTALVO B-48603
CSP-SAC E.S.A.-106-L
REPRESA, CA 95671

DATE: 1-31-08
TO: CT. CLERK WIEKING.

**FILED**

FEB - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

US DISTRICT COURT OF THE NORTHERN
DISTRICT OF CALIFORNIA

JOHN MONTALVO,
        PETITIONER,
    IN PRO PER
        V.
J. WALKER, ACTING WARDEN
(MALFI PREVIOUS ACTING WARDEN)

EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL AND COPY REQUEST.

NO: C-08-47 SBA

I, JOHN MONTALVO, AM THE PETITIONER IN PRO PER TO THE ABOVE ENTITLED CASE (NO. KNOWN TO THE COURT, AS IS THE ONLY PRESENT PENDING CASE OF PETITIONER), UNDER THE UNUSUAL CIRCUMSTANCES, WITHOUT ACCESS TO PROPERTY (ESPECIALLY LEGAL AND PENDING), IN MY CONFINED IN VIOLNMENT AND RESTRICTED MOBILITY, I REQUEST AN EMERGENCY LEGAL COUNSEL TO HELP ME OBTAIN, RETRIEVE, PROLONG AND MAINTAIN (ESPECIALL LEGAL ACCESS TO THE COURT) AS SOON AS IT IS POSSIBLE. IT IS MY BELIEF THAT JUSTICE WOULD BEST SERVED IF THIS WERE GRANTED, IN ADDITION, BEST BE SERVED TOWARDS MY LAY MEN AT LAW AT BEST TOWARDS LEGAL KNOWLEDGE.

I PRAY THAT THIS COURT GRANT THIS MOTION UNDER UNUSUAL CIRCUMSTANCES, AND ALSO DIRECT THE COURT CLERK THAT I BE GIVEN A COPY OF THE INSTANT MOTION(S) AND EXHIBIT, AS THEY ARE PETITIONERS ONLY TRUE ORIGINAL AND/OR COPY.

THE ABOVE ARE TRUE AND CORRECT, UNDER THE PENALTY OF PERJURY, EXCEPT, THOSE MATTERS I DON'T KNOW.

SUBMITTED.    SIGNED: J. Montalvo
                      PRO PER (PETIT.)

JOHN MONTALVO B-98603
CSP-SAC
FSA-106L
PO BOX 290066
REPRESA, CA 95671-0066

LEGAL-CONF[IDENTIAL]

WIEKING, DIST. CT. CLERK
CLERK OF NORTHERN DIST. COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94110