JOHN MONTALVO B-98603
CSP-SAC FSA-106L
PO BOX 290066
REPRESA, CA 95671

DATE: 1-31-08
TO: DIST. CT. NORTHERN, DIST. CT. CLERK/FILING.
RE: WRIT OF HABEAS, MOTION/JUDICIAL NOTICE

U.S. DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| JOHN MONTALVO, PETITIONER. <br> VS. <br> J. WALKER (ACTING WARDEN, PREVIOUS ACTING WARDEN, MALFI) RESPONDENT | MOTION FOR JUDICIAL NOTICE AND MANDATE FOR COURT AUTHORITY AND INTERVENIENCE TOWARD PENDING WRIT OF HABEAS AND PENDING FORMA PAUPERIS <br><br> NO. C08-47 _____ SBA |

1. I, JOHN MONTALVO, STATE THAT THE ABOVE NAMED PETITIONER IS ME, AND THAT THE PRESENT NAMED RESPONDENT IS THE CORRECT ACTING WARDEN. THE ABOVE NUMBER CASE, IS NOT REMEMBERED BY PETITIONER (ONLY THAT THE WRIT OF HABEAS WAS ISSUED TO DIST. CT. JUDGE SBA, AND THAT PETITIONER HAS <u>NO ACCESS</u> TO HIS CASE NO. AND/OR CASE PAPERS), AND THAT ON TUES. 01-29-08, WHILE HEADING TOWARDS WORK AT APPROX. 9 A.M. AND JUST BEFORE I WAS GONNA TRY AND SEE MY COUNSELOR (2 BLD. T. SMITH), WHOM WAS JUST IN THAT MORNING, I HAD IN MY HANDS MY LEGAL WORK (i.e., FORMA PAUPERIS FORM, TRUST ACCOUNT COPY AND TRUST ACCOUNT AUTHORITY SIGNATURE FORM, HENCE I WAS GOING TO TRY AND HAVE MY COUNSELOR SIGN THE FORM, AND SEAL IN ALREADY STAMPED ADDRESSED ENVELOPE), AND LUNCH, THOUGH, I NEVER MADE IT. AN "INCIDENT" OCCURRED TO WHERE MY NORMAL PROGRAMMING (JOB ASSIGNMENT, ACCESS TO PERSONAL PROPERTY, ESPECIALLY LEGAL, AND LEGAL-PERSONAL PROPERTY, HOUSING, PROPERTY, GONE, AT LEAST AT PRESENT, AND FOR SOME TIME), WAS SEVERLY DISRUPTED (SEE ATTACHED CDC 114-D AND SEE COPY).

THIS WAS NO FAULT OF MY OWN, NO KNOWLEDGE OF "WHOEVER" ELSE AND MY INJURIES WERE MODERATE. I AM CURRENTLY HOUSED WITHOUT BARE ESSENTIALS (PERSONAL PROPERTY, APPLIANCES, CLOTHES, OR EVEN LEGAL WORK, ESPECIALLY WHAT I HAD ON HAND ON THIS DAY, MY LEGAL COPY OF WRIT OF HABEAS, FORMA PAUPER, TRUST ACCOUNT COPY-AND AUTHORIZATION FORM & STAMPED ADDRESSED ENVELOPE, TO WHICH I TRIED REQUESTING ITEMS BACK WHILE RECEIVING MEDICAL TREATMENT AND WHILE PLACED IN HOLDING CAGE, AND WHILE IN VIEW, BUT IT WAS REFUSED TO ME), AND ASK THIS COURT TO MANDATE THAT I BE AFFORDED THE OPPERTUNITY TO LOCATE SUCH NEEDED PROPERTY, PERSONALLY AND UNDER SUPERVISION OF COURSE, WHILE STILL FRESH. THAT IT TAKE FURTHER NOTICE THAT ANY PENDING DATE DEADLINE TOWARDS PENDING FORMA PAUPERIS MAY HAVE TO BE "INTERVENED" AND OR POST-PONED (THAT THE CT. TAKE FURTHER NOTICE THAT A FILING FEE OF $5.00 WAS FILED/SENT TOWARDS THIS WRIT). THE COURT TAKE FURTHER NOTICE, THAT IN ADDITION TO THE "MODERATE" INJURIES, I ALSO SUSTAINED SOME INJURY AND BURNING, AND INHAILING OF THE PRISON 40 MM (THIGH AND/OR LEG) AND O.C. GAS (IN ADDITION MY PERSONAL BOUGHT PRESCRIPTION GLASSES WERE <u>RUINED, DESTROYED</u>). I ASK AND PRAY THIS ISSUE PROMPT RELIEF REQUESTED AND ANY OTHER THAT IT DEEMS NECESSARY.

I STATE UNDER THE PENALTY OF PERJURY IS TRUE AND CORRECT. EXCEPT THOSE MATTER, THAT I DO NOT KNOW.

SIGNED: _J. Montalvo_

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DISTRIBUTION:
WHITE - CENTRAL FILE          CANARY - WARDEN
BLUE - INMATE (2ND COPY)      PINK - HEALTH CARE MGR
GREEN - ASU                   GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| MONTALVO (H/S) CSP-SAC FC-222111 | B-98603 |

### REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT: You are being placed in Administrative Segregation (Ad-Seg) on Tuesday, January 29, 2008. Specifically, on this date, while on the C-Facility Main Yard, you were the victim of a stabbing assault by inmates CHARLES (J-66845) and VALLES (K-18580), which necessitated the use of 40mm, and O.C. Pepper Spray by Staff, to gain control of the incident. For this reason, your continued presence in the C-Facility General Population is considered a threat to the safety and security of the Institution. An investigation into this matter will be conducted by Correctional Officer J. Buganda. You will be seen by the Institution Classification Committee (ICC) within ten (10) days for appropriate program and housing considerations.
MEDICATION: YES / NO  ***  EOP: YES / NO  ***  CCCMS: YES / NO  ***  SINGLE CELL: YES / NO

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: ___/___/___

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| January 29, 2008 | J MAYHEW | | Program Lt., 2/W |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

| [ ] INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER |
|---|---|---|
| | | |

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

**STAFF ASSISTANT (SA)**                        **INVESTIGATIVE EMPLOYEE (IE)**

| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|
| | | | |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [ ] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [ ] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [ ] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | | | | |

Any "NO" requires SA assignment                     Any "NO" may require IE assignment

[ ] NOT ASSIGNED                                    [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| [ ] NO WITNESSES REQUESTED BY INMATE | INMATE SIGNATURE | DATE |
|---|---|---|

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY_____ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See chronological Classification Review document (CDC 128 - G) for specific hearing information