J. MONTALVO B-98603
PO BOX 290066 ASU
REPRESA, CA 95671-0066
TO: COURT CLERK
RE: JUDICIAL NOTICE
DATE: 2-18-08

FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    IN RE: JOHN MONTALVO, PETITIONER V.                    CV-0047-SBA
         (ACTING WARDEN, CSP-SAC) RESPONDENT.

2

3    I, JOHN MONTALVO, TO THE ABOVE ENTITLED CASE NO. AM THE PETITIONER IN PRO

4    PER (AND RESPONDENT IS ACTING WARDEN, FORMALLY MALFI. NOW J. WALKER, ALL OF WHICH

5    AND WHO ARE—WHEN EVER SUBJECT TO CHANGE—ACTING FOR THE CDCR AND CSP-SAC IN

6    PARTICULAR IN THEIR OFFICIAL CAPACITIES).

7    OTHER MATTERS FOR THE COURT AND COURT CLERK TO TAKE JUDICIAL NOTICE

8    OF: A SLIGHT CHANGE IN PETIT'S ADDRESS (NOTE: ABOVE AND RETURN ADDRESS ON

9    ENVELOPE, THO STILL CSP-SAC). AND ALSO, I STILL REMAIN WITHOUT PERS-

10   ONAL PROPERTY (STILL IN ADMINSTRATION SEGREGATION), AND ONLY REASON WHY

11   I WAS NOT ABLE TO FURNISH FULL CASE NO. ON PREVIOUS MOTION(S) AND ATTACH-

12   ED EXHIBIT (WHICH I NEED VERIFICATION IF IT HAS BEEN RECEIVED? AS THE

13   ONLY ADDRESS I KNEW BEFORE YOUR LATEST LETTER WAS 450 GOLDEN GATE AVE. S.F.)

14   AND IF THE CLERK ADDED THE CASE NO.? AND IF I WILL BE GIVEN A COPY AND HAS

15   SUCH MOTION(S) BEEN FILED AND/OR ACTED UPON? PLEASE ADVISE. AND THAT I

16   WAS IN RECEIPT OF YOUR LAST LETTER AND DOCKET CASE COPY.

17   ALSO, TAKE JUDICIAL NOTICE, THAT I WAS IN FACT RECEIVED HERE ON A

18   TUES. OF JAN. 29TH, 08, YET MY "INTAKE" CARD OUT FRONT OF CELL WAS "CHANG-

19   ED" LATER TO WHAT READS NOW 1-28-08 AND I DONT KNOW IF THAT WERE BY

20   "DESIGN" OR ACCIDENT, BUT IS NOT MY TRUE DATE OF AD/SEG PLACEMENT.

21   AND FURTHER, I AM, AND HAVE, TRIED TO CONFORM AND BE DILIGENT WITH-

22   IN MY LIMITED RESOURCES AND POWER (EXCEPT THOSE MATTERS OUT OF MY

23   CONTROL), IN PROCEDURE AND GOOD FAITH AND WOULD NOT LIKE TO SUFFER

24   ANY ADVERSE SANCTIONS, FROM NO NEGLECT OF MY OWN, OR FAULT, UPON MY

25   WRIT OF HABEAS, I BELIEVE TRUE AND CORRECT I HAVE DONE ALL THAT I CAN

26   WITHIN MY MEANS AND CONTROL AS PETITIONER IN PRO PER.

27              RESPECTFULLY SUBMITTED.  SIGNED: J. Montalvo

28

LEGAL-CONFIDENTIAL MAIL

J. MONTALVO B-98603
106L
PO Box 290066 ASU
REPRESA, CA 95671-0066

RICHARD W. WIEKING
COURT CLERK, DIST. CT.
US DISTRICT COURT
NORTHERN DIST. OF CALIF.
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

UNITED STATES POSTAGE
02 1A
0004609711   FE
MAILED FROM ZIP CODE