J. MONTALVO B-48603
106
PO BOX 290066 ASU
REPRESA, CA. 95671-0066

TO: RICHARD W. WIEKING, COURT CLERK

RE: JUDICIAL NOTICE OF ADDITIONAL FILING FEES FOR (4:08-CV-00047 SBA)

DATE: 3-05-08

#1
FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COURT CLERK,

PLEASE TAKE NOTICE THAT ON 3-03-08 I FILLED OUT A INSTITUTIONAL TRUST WITHDRAWL IN THE AMOUNT OF FIVE ($5.00) DOLLARS TO COURT CLERK (AT 1301 CLAY ST., SUITE 400S, OAKLAND CALIF.,) WITH AN ADDRESSED STAMPED ENVELOPE FOR FILING FEES ON C-4:08-00047 SBA (AS PREVIOUS LETTER AND COURT CASE NO. INDICATED). THE AMOUNT TO BE WITHDRAWN FROM MY ACCOUNT AND SENT BY AND FROM THE INSTITUTION. PLEASE RESPOND AT THE SOONEST TIME POSSIBLE IF AND WHEN YOU RECEIVE THIS, VERY IMPORTANT. COINCIDENTALLY, YESTERDAY I HAD RECEIVED DATED ORDER 2-27-08 ORDER DIRECTING PAYMENT OF FILING FEE OR FILING OF IN FORMA PAUPERIS APPLICATION. KEEP IN MIND I AM IN AD/SEG AND VERY RISTRICTED AND LIMITED IN PROPERTY AND WHAT I CAN DO (MOVEMENT, PROGRAM, PHONE ACCESS, ETC.), AND IF WORST CAME TO WORSE AND THE FIVE DOLLAR FEE HASN'T BEEN RECEIVED BY YOU NEAR THAT DEADLINE ORDER, I WILL HAVE TO SEND ANOTHER $5.00 OR FILE THE FORMA PAUPERIS ORDER, THAT I ALSO RECEIVED.

THE MAIL MOVES VERY SLOW BETWEEN COURT AND PETITIONER ALREADY. PLEASE KEEP IN MIND THE SLIGHT CHANGE IN ADDRESSING (ABOVE AND OUTSIDE OF ENVELOPE). THANK YOU. ALSO, REQUEST IF POSSIBLE AN ADDITIONAL COPY OF THE WRIT OF HABEAS (NO. C-08-00047-SBA), AS I PRESENTLY DO NOT HAVE ON MY PERSON AND DO NOT KNOW IF IN FACT IT IS IN MY PROPERTY?

#1

THIS LETTER IS WRITTEN IN DUE DILIGENCE AND EFFORT, TO THE BEST OF MY ABILITY.

YOUR TIME AND EFFORT AND IMMEDIATE RESPONSE IS APPRECIATED.

THANK YOU,

SIGNED: _/s/ Jo Montaho_
PRO PER