106
PO BOX 290066 ASU
REPRESA, CA 95671-0066
TO: RICHARD W. WIEKING, COURT CLERK
RE: ADDITIONAL FILING FEE (NO 4:08-CV-00047-SBA).
DATE: 3-03-08

    CLERK OF THE COURT, PLEASE TAKE NOTICE THAT SINCE I HAVE NOT RECEIVED A RESPONSE FROM THE DIST. CT. OR COURT CLERK SINCE ON OR ABOUT THE 05 OF FEB. 2008 (LETTER DATED 1-28-08), I AM SENDING FILING FEES IN THE AMOUNT OF FIVE DOLLARS. PLEASE RESPOND AND AKNOWLEDGE AT THE SOONEST TIME POSSIBLE.

    THANK YOU FOR YOUR TIME AND CONSIDERATION.

    SINCERELY

SINGED: _J. _____

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



LEGAL-MAIL

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

J. MONTALVO B-98603
106
PO BOX 290066 ASU
REPRESA, CA 95671-0066