J. MONTALVO B-98603
PO BOX 290066 ASU
REPRESA, CA 95671-0066
TO: COURT CLERK
RE: COURT CASE NO.

FILED
MAY -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4-28-08

RICHARD W. WIEKING,

I AM WRITING IN REGARDS TO THE FILED CASE OF JOHN MONTALVO, V. MALFI (ACTING WARDEN) IN WHICH I AM THE PETITIONER.

THERE IS SOME SLIGHT CONFUSION AS TO THE ACTUAL CASE NUMBER AS I HAVE HAD TWO DIFFERENT STAMPED NUMBERED CASES FROM YOUR COURT. ONE IS C-08-0047 (SBA) (PR) AND THERE WAS C4 08-00047 (SBA) (PR), PLEASE INFORM ME AT THE SOONEST TIME POSSIBLE OF WHICH IS THE ACTUAL, TRUE CASE NUMBER TO AVOID ANY UNNECESSARY CONFUSION.

THANK YOU FOR YOUR TIME AND CONSIDERATION.

SIGNED: J. Montalvo

J. MONTALVO B-98603
106
PO BOX 290066 ASU
REPRESA, CA 95671-0066

"LEGAL- CONFIDENTIAL MAIL"

RICHARD W. WIEKING
COURT CLERK, U.S. DIST. COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212