1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   JOHN MONTALVO,                          No. C 08-00047 SBA (PR)

12              Petitioner,                  **ORDER DENYING MOTION FOR**
                                             **APPOINTMENT OF COUNSEL**
13       v.

14   MALFI, Acting Warden,

15              Respondent.
                                   /
16

17       Petitioner has requested appointment of counsel in this action.

18       The Sixth Amendment right to counsel does not apply in habeas corpus actions. See

19   Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986). Title 18 U.S.C. § 3006A(a)(2)(B),

20   however, authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the

21   court determines that the interests of justice so require" and such person is financially unable to

22   obtain representation. The decision to appoint counsel is within the discretion of the district court.

23   See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Knaubert, 791 F.2d at 728; Bashor v.

24   Risley, 730 F.2d 1228, 1234 (9th Cir. 1984). The courts have made appointment of counsel the

25   exception rather than the rule by limiting it to: (1) capital cases; (2) cases that turn on substantial and

26   complex procedural, legal or mixed legal and factual questions; (3) cases involving uneducated or

27   mentally or physically impaired petitioners; (4) cases likely to require the assistance of experts either

28   in framing or in trying the claims; (5) cases in which petitioner is in no position to investigate crucial

facts; and (6) factually complex cases. See generally 1 J. Liebman & R. Hertz, Federal Habeas Corpus Practice and Procedure § 12.3b at 383-86 (2d ed. 1994).  Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations.  See Chaney, 801 F.2d at 1196; Eskridge v. Rhay, 345 F.2d 778, 782 (9th Cir. 1965).

At this early stage of the proceedings the Court is unable to determine whether the appointment of counsel is mandated for Petitioner.  The Court notes that Petitioner has presented his claims adequately in the petition, and no evidentiary hearing appears necessary.  Accordingly, the interests of justice do not require appointment of counsel at this time, and Petitioner's request is DENIED.  This denial is without prejudice to the Court's sua sponte reconsideration should the Court find an evidentiary hearing necessary following consideration of the merits of Petitioner's claims.

This Order terminates Docket no. 7.

IT IS SO ORDERED.

Dated:  5/7/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Montalvo0047.denyATTY.frm

**United States District Court**
For the Northern District of California

1

2

3   UNITED STATES DISTRICT COURT
    FOR THE
    NORTHERN DISTRICT OF CALIFORNIA

4

5   JOHN MONTALVO,
                                                    Case Number: CV08-00047 SBA
6              Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
7      v.

8   MALFI et al,

9              Defendant.
                                              /
10

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

12
    That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
13  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
14  in the Clerk's office.

15

16
    John  Montalvo B-98603
17  CSP-Sacramento
    New Folsom
18  P.O. Box 290066
    Represa,  CA 95671
19
    Dated: May 8, 2008
20
                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk
21

22

23

24

25

26

27

28
    P:\PRO-SE\SBA\HC.08\Montalvo0047.denyATTY.frm