S. MONTALVO B-48603
102
PO BOX 290066 ASU
REPRESA, CA 95671-0066
TO: NORTHERN DIST. COURT
RE: JUDICIAL NOTICE
NO: C08-00047 SBA (PR)
DATE: 5-20-08

**FILED**
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COURT CLERK,

I WAS IN RECEIPT OF THE COURTS "ORDER OF TRANSFER" ISSUED BY HONORABLE JUDGE S.B. ARMSTRONG TODAY. PLEASE TAKE JUDICIAL NOTICE THAT I AM CURRENTLY INCARCERATED AT CSP-SAC (NEW FOLSOM) FROM A CONVICTION AT SAN FRANCISCO CO., AND PREVIOUSLY AS I WROTE TO THIS COURT MORE THAN ONCE CONCERNING MY SITUATION RESULTING FROM A JAN. 29TH 2008 INCIDENT WHERE I WAS "STABBED" AND DESIGNATED A "VICTIM" OF SUCH STABBING. THE "CAUSE" OF THIS AND THE RESULTING "EFFECT" WAS A SERIOUS CHANGE IN "PROGRAM" AND CONFINED "RESTRICTIVE" MOVEMENT. PREVIOUS LETTERS TO THIS COURT EXPLAINING MY SITUATION WILL VERIFY THIS. FURTHER, BEING PLACED AND HOUSED IN RESTRICTED PLACEMENT "AD/SEG" (ADMINISTRATIVE SEGREGATION), SINCE JAN. 29TH AND BECAUSE OF SAID INCIDENT I CAN NO LONGER BE HOUSED AT CSP-SAC AND HAVE BEEN "PUT UP" FOR "TRANSFER AT KINGS COUNTY, DELANO" STATE PRISON (ORIGINALLY "PUT UP" FOR "HIGH DESERT STATE PRISON" BUT FOR WHATEVER REASON, THAT FELL THROUGH?!).

JUDICIAL NOTICE BE GIVEN TO THE INSTANT COURT THAT THIS TRANSFER HAS BEEN "ENDORSED" BY "CSR" AND IT IS A "NON ADVERSE" TRANSFER, YET ONE I PERSONALLY DID NOT REQUEST, AND WILL HAPPEN AT <u>ANY</u> DAY NOW. BUT PETITIONERS QUESTION, WITH ALL DUE RESPECT, OF THE COURTS DECISION TO "TRANSFER" IN THE FIRST PLACE?

IN ANY EVENT, I STATE TO THE BEST OF MY KNOWLEDGE THAT THE ABOVE IS TRUE AND CORRECT AND CAN BE VERIFIED THROUGH CONTACTING CDCR, CSP-SAC.

AS PETITIONER IN PRO PER, I ASK AND SEEK THE COURTS KNOWLEDGE AND ADVICE CONCERNING THIS.

YOUR PROMPT REPLY AT YOUR CONVENIENCE IS APPRECIATED. THANK YOU FOR YOUR TIME AND CONSIDERATION.

SINCERELY,

P.S. PLEASE EXCUSE MY WRITING.    SIGNED: _J. Montalvo_



"LEGAL-CONFIDENTIAL MAIL"

RICHARD W. WIEKING
OFFICE OF THE CLERK, U.S. DIST. CT.
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212



Mr John Montalvo B-98603
102
PO Box 290066 ASU
Represa CA 95671-0066

